UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-11848 PVC                                      Date:  May 20, 2026

Title        NY Black and Gold Corporation v. Snapklik, Inc.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|                  Marlene Ramirez                  |                  None                  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| :---: | :---: |
| None | None |

**PROCEEDINGS:    [IN CHAMBERS] ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR FAILURE TO
PROSECUTE AND FOLLOW COURT ORDERS**

On December 15, 2025, Plaintiff filed its Complaint.  (Dkt. No. 1).  The case was assigned to the undersigned Magistrate Judge on the same date.  (Dkt. No. 4).  On December 22, 2025, the Summons issued.  (Dkt. No. 9).  Pursuant to the Notice of Assignment, the deadline to submit a declination of consent was due December 29, 2025. (*See* Dkt. No. 4).  Under the Federal Rules, if a Defendant is not served within 90 days after the Complaint is filed, a case must be dismissed.  *See* F. R. Civ. P. 4(m).  This deadline was March 15, 2026.  Further, Local Rule 41-1 provides that "Civil suits which have been pending for an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution.  As of today, nothing has transpired in this case since December 22, 2025.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven days** of the date of this Order, why this case should not be dismissed with prejudice for Plaintiff's failure to prosecute and comply with court orders.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

|  | 00:00 |
| :--- | :---: |
| **Initials of Preparer** | mr |